[No. 2866–3.   Division Three.   September 11, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE LESTER MCDANIEL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 25976, Philip J. Thompson, J., entered March 17, 1978. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Roe, J.

[No. 2950–3.   Division Three.   September 11, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. HARVEY L. SURYAN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Chelan County, No. 5237, B. E. Kohls, J., entered May 25, 1978. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 6593–1.   Division One.   September 17, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. RIC ISAAC CHAMBERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83407, H. Joseph Coleman, J., entered May 8, 1978. *Affirmed* by unpublished opinion per Callow, C.J., concurred in by Farris and Ringold, JJ.

[No. 6665–1.   Division One.   September 17, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE BECK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84926, Gerard M. Shellan, J., entered May 28, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Farris and Dore, JJ.